IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

GEORGE MILLER                                                                     PLAINTIFF

v.                              No. 2:19-cv-57-DPM

DERRICK TIMES and SCOTTIE
WHITCOMB, Both Individually And In
Their Official Capacities As Police
Officers For The City Of Clarendon                                              DEFENDANTS

JUDGMENT

Miller's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

25 September 2020